

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**Bradshaw Genard Nunnally**
Grantor of Bradshaw Genard Nunnally, TR
Plaintiff

v.

LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
Defendant

3:25-1883- NJR

**FILED**

OCT 0 9 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

## I. INTRODUCTION

Plaintiff **Bradshaw Genard Nunnally**, an AEngliscman, appearing Propria
Persona and as the Grantor of a private trust estate, brings this action in tort
against LOGS Legal Group LLP for intentional and negligent acts in connection
with a foreclosure matter in which Defendant unlawfully prosecuted a civil claim
without jurisdiction, violated constitutional due process, and interfered with private
property rights held under trust.

Plaintiff further asserts that Defendant's conduct, carried out under color of law and
in coordination with state actors, constitutes a modern analogue to 'levying war'
upon the rights of lawful landholders and betraying the king's peace as defined in
the Treason Act of 1351 (25 Edw. III Stat. 5 c. 2), and therefore rises to a level of
grave misconduct beyond ordinary civil torts.

Page 1 of 4

**COMPLAINT FOR DAMAGES**

## II. PARTIES

1. Plaintiff **Bradshaw Genard Nunnally** is the Grantor of Bradshaw Genard Nunnally, TR, a private trust holding fee simple title, N.J. Rev. Stat. § 46:3-2 (2013), to real property located in Illinois.

2. Defendant LOGS Legal Group LLP is a law firm licensed in the State of Illinois and served as legal counsel for Mortgage Research Center, LLC d/b/a Veterans United Home Loans in a contested foreclosure proceeding.

## III. JURISDICTION & VENUE

3. This Court has jurisdiction under 735 ILCS 5/2-209 and/or 28 U.S.C. §§ 1331, 1343, and 1367.

4. Venue is proper because the alleged acts occurred in St. Clair County, Illinois.

## IV. FACTUAL ALLEGATIONS

5. Defendant initiated foreclosure proceedings in Illinois state court against property held in trust by Plaintiff.

6. In March 2025, during active litigation and without Plaintiff's knowledge or consent, Defendant or its agents caused the deed to the subject property to be transferred, despite pending jurisdictional objections and appellate dismissal under Illinois Supreme Court Rule 368.

7. Defendant continued prosecuting the foreclosure even after the appellate court dismissed the action for **WANT OF PROSECUTION**, thereby defying lawful court orders and acting under color of law without jurisdiction.

8. This conduct is analogous to levying war against the rights of lawful freeholders and betraying the king's peace under the historical Treason Act of 1351, which

**COMPLAINT FOR DAMAGES**

defined as treason 'levying war' within the realm or adhering to enemies of the sovereign. By depriving a private trust heir of property without due process or lawful judgment, Defendant's actions amount to a betrayal of the sovereign law of the land.

9. Defendant's actions constitute abuse of process, fraud on the court, negligent misrepresentation, conversion, and conspiracy to deprive rights protected under the New Jersey Provincial Council (1702), treaties, and inherited AEnglisc common law property rights.

## V. CAUSES OF ACTION

### Count I – Abuse of Process

10. Defendant misused court proceedings for an improper purpose after appellate dismissal, misrepresenting the procedural status to acquire property without lawful title.

### Count II – Fraud and Misrepresentation

11. Defendant made materially false representations to the trial court about its authority to proceed and failed to disclose the appellate ruling barring further prosecution.

### Count III – Conversion

12. Defendant interfered with Plaintiff's possessory interest and legal title, constituting civil theft by transferring the deed without authorization.

### Count IV – Conspiracy and Color-of-Law Violations

13. Defendant acted in concert with other entities and state actors to deprive Plaintiff of rights and property in violation of constitutional protections and treaties. This is a modern-day analogue to 'levying war' against the lawful sovereign rights of a freeholder, condemned historically under the Treason Act of 1351.

Page 3 of 4

**COMPLAINT FOR DAMAGES**

## VI. DAMAGES

14. Plaintiff has suffered irreparable harm, including:

- Loss of real property valued in excess of $250,000

- Emotional distress

- Legal expenses

- Reputational harm

- Loss of quiet enjoyment and trust equity

- Terrorism

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

- Compensatory damages in excess of $250,000

- Punitive damages

- Declaratory judgment restoring property title

- Injunctive relief barring further prosecution

- Costs and reasonable attorney's fees (if applicable)

- Any other relief the Court deems just and proper

Respectfully submitted,

*Bradshaw Genard Nunnally*

**Bradshaw Genard Nunnally**
Grantor of Bradshaw Genard Nunnally, TR
Propria Persona Litigant
918 South 6th Street
Belleville, Illinois 62220

Date: 07 October 2025



**COMPLAINT FOR DAMAGES**

Bradshaw Cenard Almelly
9118 South 16th Street
Belleville, Illinois 62220

Retail

U.S. POSTAGE PA
FCM LG ENV
BELLEVILLE, IL 62
OCT 07, 2025

62201

$2.44

RDC 99

S2324P501051-6

UNITED STATES
POSTAL SERVICE

CLERK OF COURT
UNITED STATES DISTRICT COURT
Southern District of Illinois — East St. Louis Divisic
Melvin Price Federal Building
750 Missouri Avenue
East St. Louis, IL 62201

RECEIVED

OCT 09 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE



**Bradshaw Genard Nunnally**
Grantor of Bradshaw Genard Nunnally, TR
918 South 6th Street
Belleville, IL 62220
*bgntenterprise@gmail.com*

October 07, 2025

**Clerk of Court**
United States District Court
Southern District of Illinois – East St. Louis Division
Melvin Price Federal Building
750 Missouri Avenue
East St. Louis, IL 62201

RE: Submission of Civil Complaint – Nunnally v. LOGS Legal Group LLP, et al.

Request for Filing and IFP Consideration

Dear Clerk of Court:

Please find enclosed a civil complaint filed pursuant to federal law, including 42 U.S.C. § 1983, the Treason Act of 1351 (as incorporated by foundational Anglo-American principles), and related constitutional violations. This case involves unlawful foreclosure proceedings, deprivation of property without due process, and other color-of-law abuses by private actors and government officials.

Enclosed for filing and docketing:

1. Verified Complaint for Damages and Injunctive Relief

2. Affidavit in Support of Complaint

3. Motion to Proceed In Forma Pauperis

4. Civil Cover Sheet (JS-44)

5. Certificate of Service

Page 1 of 2

RE: Submission of Civil Complaint – Nunnally v. LOGS Legal Group LLP, et al.
Request for Filing and IFP Consideration

As a Propria Persona litigant asserting hereditary and constitutional rights, I respectfully request leave to proceed in forma pauperis under 28 U.S.C. § 1915. Please advise if any corrections or additional information are required.

Respectfully submitted,

**Bradshaw Genard Nunnally**

Grantor,
Bradshaw Genard Nunnally, TR
Propria Persona



RE: Submission of Civil Complaint – Nunnally v. LOGS Legal Group LLP, et al.
Request for Filing and IFP Consideration



## Certificate of Service

I hereby certify that on this 4 day of October , 2025, I served a true and correct copy of the attached complaint, summons, and related filings upon the following parties via United States Mail, postage prepaid, addressed as follows:

**LOGS Legal Group LLP**
Attorney for Plaintiff
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
*ILNOTICES@logs.com*

Respectfully submitted,

**Bradshaw Genard Nunnally**, Grantor
Bradshaw Genard Nunnally, TR, a Trust
918 South 6th Street
Belleville, Illinois 62220

